ACCEPTED
15-25-00092-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 11:22 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00092-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 11:22:30 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

_____

BRIGHT HEALTH MANAGEMENT, INC.
*Appellant,*

V.

CANTILO & BENNETT, LLP, SPECIAL DEPUTY RECEIVER FOR BRIGHT
HEALTHCARE INSURANCE COMPANY OF TEXAS
*Appellee*

_____

UNOPPOSED CONDITIONAL MOTION FOR EXTENSION

_____

This Court is currently considering whether there is appellate jurisdiction over this appeal. The Court expressed that it did not believe that there is jurisdiction and asked Appellant Bright Health Management ("BHM") to provide briefing on the issue. BHM filed a pleading arguing that there is appellate jurisdiction, and Appellee Cantilo & Bennett, LLP, Special Deputy Receiver for Bright Healthcare Insurance Company of Texas (the "SDR") filed a response arguing that there is no jurisdiction.

The jurisdiction issue is pending before the Court. But meanwhile, SDR's Brief of Appellee is due today, July 21. If the Court determines that there is no appellate jurisdiction and dismisses this appeal, there would be no need for the SDR to file that brief. The SDR therefore asks that the Court grant an extension of time

4935-3584-1879

to file the Brief of Appellee until 20 days following the Court's ruling on the pending jurisdiction issue. If the Court dismisses the appeal for lack of jurisdiction, the SDR will not need to file a brief. If the Court retains this appeal, then the SDR will file his Brief of Appellee within 20 days of the ruling.

Appellant BHM does not oppose the relief sought through this motion.

WHEREFORE, the SDR prays that the Court grant this motion and extend the time to file the Brief of Appellee until 20 days after the Court rules on the pending jurisdiction issue.

Respectfully submitted,

By: _____
Jane Webre
State Bar No. 21050060
jwebre@scottdoug.com
Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Gregory A. Pierce
State Bar No. 15994250
P.O. Box 40
Austin, Texas 78767
Telephone: (512) 474-2154
gpierce@gpiercelaw.com

Attorneys for Appellee
Cantilo & Bennett, L.L.P., Special Deputy Receiver
of Bright Healthcare Insurance Company of Texas

2

## CERTIFICATE OF SERVICE

I certify that this pleading was served on all counsel of record through the electronic filing system on July 21, 2025.

\s\ *Jane Webre*
Jane Webre

## CERTIFICATE OF CONFERENCE

I certify that on July 18, 2025, I communicated by e-mail with Carlos Soltero, counsel for Appellant BHM in this appeal. He informed me that BHM does not oppose the relief sought through this motion.

\s\ *Jane Webre*
Jane Webre

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michaelle Peters on behalf of Jane Webre
Bar No. 21050060
mpeters@scottdoug.com
Envelope ID: 103371102
Filing Code Description: Motion
Filing Description: Unopposed Conditional Motion for Extension
Status as of 7/21/2025 11:32 AM CST

Associated Case Party: Cantilo & Bennett, LLP as Special Deputy Receiver for Bright Health Insurance Company of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 7/21/2025 11:22:30 AM | SENT |
| Jane Webre | | jwebre@scottdoug.com | 7/21/2025 11:22:30 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 7/21/2025 11:22:30 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Fuller | 7515500 | cfuller@fullerlaw.org | 7/21/2025 11:22:30 AM | SENT |
| Gregory Pierce | 15994250 | gpierce@gpiercelaw.com | 7/21/2025 11:22:30 AM | SENT |
| Patricia Muniz | | pmuniz@inquestresources.com | 7/21/2025 11:22:30 AM | SENT |
| Brian Falligant | | bfalligant@inquestresources.com | 7/21/2025 11:22:30 AM | SENT |
| Rachael Padgett | | rpadgett@maynardnexsen.com | 7/21/2025 11:22:30 AM | SENT |
| Lisa Alcantar | | lalcantar@maynardnexsen.com | 7/21/2025 11:22:30 AM | SENT |
| Kayla RosePfeiffer | | KPfeiffer@maynardnexsen.com | 7/21/2025 11:22:30 AM | SENT |
| Carlos R.Soltero | | CSoltero@MaynardNexsen.com | 7/21/2025 11:22:30 AM | SENT |
| Max Mendel | | mmendel@maynardnexsen.com | 7/21/2025 11:22:30 AM | SENT |
| Brytne Kitchin | | bkitchin@maynardnexsen.com | 7/21/2025 11:22:30 AM | SENT |